# CASES REPORTED WITH BRIEF SYLLABI

### AND

## DECISIONS HANDED DOWN WITHOUT OPINION.

---

FIRST DEPARTMENT, FEBRUARY, 1917.

JESSE L. LASKY, Respondent, *v.* MINERVA COVERDALE and GEORGE WHITE, Appellants.

Appeal from a judgment, entered on a decision after a trial at Special Term.

PER CURIAM: It is evident from the pleadings and record in this case that the cause of action, if any, is one for damages for a breach of contract. The judgment should be reversed and new trial granted, with costs to the appellants to abide the event. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ. Judgment reversed, new trial ordered, costs to appellants to abide event. Order to be settled on notice.

---

MARJORY H. ARKENBURGH, Respondent, *v.* JAMES WILLIAM MILROY, Appellant.

Appeal from an order granting the plaintiff's motion for a bill of particulars.

PER CURIAM: The order appealed from is modified by inserting after the word "granted" the following: "To this extent stating, 1: whether said alleged agreement to cancel said contract of marriage was verbal or in writing; if in writing set forth a copy of the same. 2. Giving the exact street address and city where said agreement of cancellation was made and entered into; and in all other respects denied." And also by inserting between the words "date" and "of" the following: "of service of a copy with notice." And as so modified affirmed, without costs. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ. Order modified as stated in opinion, and as modified affirmed, without costs. Order to be settled on notice.